Clarence A. Cejka, Appellee, v. R. Merseburger, Defendant Below. Olga Merseburger, Appellant.

Gen. No. 48,285.

First District, Third Division.

March 1, 1961.

Rehearing denied March 23, 1961.

William Unfanger, of Chicago, for appellant; Bishart and Synek, of Chicago (Henry T. Synek, of counsel) for appellee. Opinion by JUSTICE McCORMICK. **Not to be published in full.**